# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00482-CV

**Appellant, River City Drywall, LLC// Cross-Appellants, Eric Hanlon and Nalinh Hanlon**

**v.**

**Appellees, Eric Hanlon and Nalinh Hanlon// Cross-Appellee, River City Drywall, LLC**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-15-002089, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Cross-appellants Eric Hanlon and Nalinh Hanlon have filed a motion to dismiss their cross-appeal and have certified that they have conferred with River City Drywall, LLC, and that River City Drywall consents to the motion. *See* Tex. R. App. P. 42.1(a)(1), (b). The Hanlons also aver that the dismissal will have no effect on the right of River City Drywall to seek relief to which it would otherwise be entitled. *See id.* Accordingly, we grant the motion and dismiss the cross-appeal. The appeal shall continue under the same cause number and shall be styled River City Drywall, LLC v. Eric Hanlon and Nalinh Hanlon.

It is so ordered on February 23, 2018.

Before Justices Puryear, Pemberton, and Bourland